UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMAL WITT,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY FEEDING, et al.,<br><br>Defendants. | No.  2:21-cv-2229 CKD P<br><br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

      By order filed March 9, 2022, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty-day period has now expired, and plaintiff has not filed an amended complaint.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
witt2229.fta